Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JAMES SNOWDEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNOWDEN | ) Case No.: 1:16-CV-1859-GSA |
|        Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO ) EXTEND TIME TO FILE ) PLAINTIFF'S OPENING BRIEF |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | ) ) (FIRST REQUEST) |
|        Defendant. | ) ) ) ) |

Plaintiff James Snowden and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from August 4, 2017 to August 18, 2017 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. ///

-1-

This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: August 4, 2017        Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. James Snowden, Jr.


DATE:  August 4, 2017


PHILLIP A.TALBET
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BRIAN STRETCH
*Acting United States Attorney*


/s/ *Margaret I. Branick-Abilla*

BY: _____
Margaret I. Branick-Abilla
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

## ORDER

The parties' stipulation (Doc. 13) is adopted *nunc pro tunc*. Plaintiff shall file his Opening Brief no later than **August 18, 2017**. All other dates in the Court's Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:     **August 10, 2017**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE