UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JAMES SNOWDEN, JR., | Case No.: 1:16-cv-01859-GSA |
| Plaintiff, | **ORDER** |
| vs. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until October 18, 2017 to submit her response to Plaintiff's Opening Brief. Plaintiff shall file any reply within fifteen (15) days of the filing of the response.

IT IS SO ORDERED.

Dated: __**August 31, 2017**__             __**/s/ Gary S. Austin**__
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should automatically be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. *See* 42 U.S.C. § 405(g).

ORDER; Case No.: 1:16-cv-01859-GSA

1