# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SNOWDEN,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 1:16-cv-01859-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 21), Plaintiff shall be awarded fees and expenses in the amount of $2,500.00 (two thousand five hundred dollars) as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920. Any fees shall be awarded pursuant to *Astrue v. Ratliff*, 130 S. Ct. 1521, 2529 (2010) and in accordance to the terms of the Stipulation.

IT IS SO ORDERED.

    Dated: __**June 14, 2018**__               __/s/ Gary S. Austin__
                                                    UNITED STATES MAGISTRATE JUDGE